

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Charline Langford, Appellant

No. 06-19-00033-CV          v.

Sandra Stone, Appellee

Appeal from the 145th District Court of Nacogdoches County, Texas (Tr. Ct. No. C1329651). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED JULY 2, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk